# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 9, 2019

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 18-3107

| | |
|---|---|
| KIMBERLY BILINSKI, | Appeal from the United States District |
| *Plaintiff-Appellant*, | Court for the Northern District of |
| | Illinois, Eastern Division. |
| *v.* | |
| | No. 16 C 4253 |
| AMERICAN AIRLINES, INC., | |
| *Defendant-Appellee*. | Virginia M. Kendall, |
| | *Judge*. |

### O R D E R

On consideration of the petition for rehearing and rehearing *en banc*, no judge in active service has requested a vote on the petition for rehearing *en banc* and all members of the original panel have voted to deny rehearing and to issue an amended opinion. This court's opinion dated June 26, 2019, is amended in a separately filed opinion released today.

It is, therefore, ORDERED that rehearing and rehearing *en banc* are **DENIED**.